O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OXY-HEALTH, LLC, a California limited liability company, | ) ) ) ) | CV 09-3796 RSWL (SHx) |
| Plaintiff, | ) ) | **ORDER** Re: Plaintiff's Motion for Partial |
| v. | ) ) | Summary Judgment on Defendants' Fourth |
| DIANE PECHENICK, an individual; CALIFORNIA REALTY PARTNERS, INC. d/b/a HEALING DIVES, INC., a California corporation, | ) ) ) ) ) ) | Affirmative Defense for Unclean Hands **[45]** |
| Defendants. | ) ) ) | |

On August 3, 2010, Plaintiff's Motion for Partial Summary Judgment on Defendants' Fourth Affirmative Defense for Unclean Hands came on for regular calendar before this Court.  Plaintiff, Oxy-Health, LLC, appeared through its counsel of record, Michael De Vries and Alice Jennifer Barry.  Defendants, California Realty Partners, Inc. and Diane Pechenick, appeared through their counsel of record, Russell Petti.  The Court having reviewed all papers submitted pertaining to this Motion and having considered all arguments

1

1   presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

2       The Court hereby **GRANTS** Plaintiff's Motion for

3   Partial Summary Judgment on Defendants' Fourth

4   Affirmative Defense for Unclean Hands.

5        The Court finds that there is no genuine issue as

6   to any material fact on the issue of Unclean Hands.

7   See <u>Lies v. Farrell Lines, Inc.</u>, 641 F.2d 765, 768 (9th

8   Cir. 1981).  "Under Rule 56(c) the moving party has the

9   burden of showing that there is no genuine issue as to

10  any material fact and that he is entitled to a partial

11  summary judgment as a matter of law."  <u>Lies</u>, 641 F.2d

12  at  768.

13      Defendants have failed to produce any evidence

14  supporting the affirmative defense of Unclean Hands.

15  Defendants have failed to establish that Plaintiff

16  acted in a manner intended to deceive consumers or with

17  the requisite bad faith to warrant a finding of Unclean

18  Hands.  See <u>Perfumebay.com Inc. v. EBAY, Inc.</u>, 506 F.3d

19  1165, 1177 (9th Cir. 2007) (citing <u>Japan Telecom, Inc.</u>

20  <u>v. Japan Telecom America Inc.</u>, 287 F.3d 866, 870 (9th

21  Cir. 2002)).

22      The Court finds that Defendants California Realty

23  Partners, Inc. and Diane Pechenick failed to provide

24  evidence to support the affirmative defense of Unclean

25  Hands.

26  ///

27  ///

28  ///

Therefore, the Court **GRANTS** Plaintiff's Motion for Partial Summary Judgment on Defendants' Fourth Affirmative Defense for Unclean Hands.

DATED: August 4, 2010


**IT IS SO ORDERED.**

RONALD S.W. LEW

_____

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge