JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OXY-HEALTH, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>DIANE PECHENICK, an individual; CALIFORNIA REALTY PARTNERS, INC. d/b/a HEALING DIVES, INC., a California corporation; JASON ROSE d/b/a HYPERBARIC SUPPORT, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. CV09-3796 RSWL (SHx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF OXY-HEALTH, LLC AND DEFENDANTS DIANE PECHENICK AND CALIFORNIA REALTY PARTNERS, INC., D/B/A/ HEALING DIVES, INC. PURSUANT TO SETTLEMENT**<br><br>[Fed. R. Civ. Proc. 41(a)(1)(A)(ii)] |

1  Having reviewed the Stipulation of Dismissal with Prejudice of All Claims
2  Between Plaintiff Oxy-Health, LLC and Defendants Diane Pechenick and
3  California Realty Partners, Inc., d/b/a/ Healing Dives, Inc. Pursuant to Settlement,
4  and GOOD CAUSE APPEARING THEREFORE,

5  IT IS ORDERED THAT all claims between Plaintiff Oxy-Health, LLC,
6  Defendant Diane Pechenick and Defendant California Realty Partners, Inc. d/b/a
7  Healing Dives, Inc. are hereby dismissed with prejudice pursuant to the November
8  12, 2010 Settlement Agreement ("Agreement") between them.  Each party shall
9  bear its own costs and fees.  This Court will continue to maintain jurisdiction over
10 enforcement of the Agreement.

12  IT IS SO ORDERED.

**RONALD S.W. LEW**

Dated:  November 23, 2010

Honorable Ronald S. W. Lew
Senior, U.S. District Judge